# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    v.                                  CASE NOS.  4:05cr33-RH
                                                    4:08cv15-RH/WCS

KURTIS TYRONE WRIGHT,

        Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 148), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "The defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 145) is DENIED WITH PREJUDICE."  The clerk must close the file.

SO ORDERED on September 27, 2008.

                                 s/Robert L. Hinkle
                                 Chief United States District Judge